**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

| | |
|---|---|
| **JANE DOES 1–9 AND JOHN DOES 1–3,** | **CIVIL ACTION NO. 25-4258 (TNM)** |
| Plaintiffs, | |
| v. | |
| **KASHYAP P. PATEL** in his official capacity as Director of the Federal Bureau of Investigation Federal Bureau of Investigation 935 Pennsylvania Avenue, NW Washington, D.C. 20535; | |
| **FEDERAL BUREAU OF INVESTIGATION** 935 Pennsylvania Avenue, NW Washington, D.C. 20535; | |
| **PAMELA J. BONDI,** in her official capacity as Attorney General of the United States 950 Pennsylvania Avenue, NW Washington, D.C. 20530; | |
| **U.S. DEPARTMENT OF JUSTICE** 950 Pennsylvania Avenue, NW Washington, D.C. 20530; | |
| **EXECUTIVE OFFICE OF THE PRESIDENT** 1600 Pennsylvania Avenue, N.W. Washington, D.C. 20500; | |
| and **THE UNITED STATES OF AMERICA** Washington, D.C. 20500, | |
| Defendants. | |

## NOTICE OF SERVICE

Plaintiffs respectfully inform the Court that with respect to this case, No. 25-cv-4258 (TNM), the United States Attorney's Office for the District of Columbia acknowledged that service was effected as of December 8, 2025. *See* Exhibit 1. A summons was issued electronically specifically addressed to the United States Attorney for the District of Columbia on December 18, 2025. *See* ECF No. 9.

Dated: December 22, 2025

Respectfully submitted,

*/s/ John David Kuchta*
JOHN DAVID KUCHTA (DDC No. FL00158)
JOHN KUCHTA LAW, PLLC
12481 Brantley Commons Court
Fort Myers, FL 33907
239-690-6080
jkuchta@robertfoleylaw.com

*Counsel for Plaintiff Jane Doe 6*

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN† (DDC No. D00482)
SAMANTHA P. BATEMAN* (D.C. Bar No. 492919)
ELIZABETH D. COLLERY* (D.C. Bar No. 422246)
KYLE R. FREENY (DDC/D.C. Bar No. 1684764)
JAMES I. PEARCE*††
NATHANIEL A.G. ZELINSKY* (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
mdohrmann@washingtonlitigationgroup.org

*Application for D.D.C. admission pending

† Admitted only in New York; practicing under the supervision of D.C. bar members

†† Admitted only in New York and North Carolina; practicing under the supervision of D.C. bar members

*Counsel for Plaintiffs Jane Does 1-9 and John Does 1-3*

2