Outlook

### RE: [External] 1:25-cv-4258 Jane Doe 1 et al. v. Patel et al.

**From** USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Date** Tue 12/9/2025 12:27 PM
**To** Lauren Fastenau <lfastenau@washingtonlitigationgroup.org>; USADC-ServiceCivil <USADC.ServiceCivil@usdoj.gov>
**Cc** Mary Dohrmann <mdohrmann@washingtonlitigationgroup.org>

The summons and complaint have been received by email, with a service date of December 8, 2025.

Civil-process Clerk, U.S. Attorney's Office for the District of Columbia

---

**From:** Lauren Fastenau <lfastenau@washingtonlitigationgroup.org>
**Sent:** Monday, December 8, 2025 1:04 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Mary Dohrmann <mdohrmann@washingtonlitigationgroup.org>
**Subject:** [EXTERNAL] 1:25-cv-4258 Jane Doe 1 et al. v. Patel et al.

Good afternoon,

Attached please find a copy of the filed Complaint in 1:25-cv- 4258, Jane Doe 1 et al. v. Patel et al., as well as the Civil Cover Sheet and six (6) issued Summons.

Please note the Summons addressed to the following:   Kash Patel in his official capacity, FBI, Pam Bondi in her official capacity, DOJ, the President in his official capacity, and the United States.

It was also accompanied by a sealed motion to proceed pseudonymously.

Please acknowledge receipt of this email at your earliest convenience.

Best Regards,
Lauren


Lauren Fastenau
Office Manager and Paralegal
Washington Litigation Group
https://washingtonlitigationgroup.org/
202-521-8750 (main)
202-521-8748 (direct)
lfastenau@washingtonlitigationgroup.org