UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JANE DOES 1–9 AND JOHN DOES 1–3,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**KASHYAP P. PATEL**<br>in his official capacity as<br>Director of the Federal Bureau of Investigation<br>Federal Bureau of Investigation<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535;<br><br>**FEDERAL BUREAU OF INVESTIGATION**<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535;<br><br>**PAMELA J. BONDI,**<br>in her official capacity as Attorney General<br>of the United States<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530;<br><br>**U.S. DEPARTMENT OF JUSTICE**<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530;<br><br>**EXECUTIVE OFFICE OF THE PRESIDENT**<br>1600 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20500;<br><br>and<br>**THE UNITED STATES OF AMERICA**<br>Washington, D.C. 20500,<br><br>**Defendants.** | CIVIL ACTION NO. 25-4258 (TNM) |

## NOTICE OF FILING

Pursuant to the Chief Judge's Order dated December 15, 2025, Plaintiffs hereby file on the public docket, as Attachment A, a copy of Plaintiffs' Motion for Leave to Proceed Under Pseudonyms and Memorandum in Support, which was filed under seal on December 8, 2025, ECF No. 2, and granted by the Chief Judge on December 15, 2025, ECF No. 5.

Dated: December 22, 2025                                         Respectfully submitted,

*/s/ John David Kuchta*
JOHN DAVID KUCHTA (DDC No. FL00158)
JOHN KUCHTA LAW, PLLC
12481 Brantley Commons Court
Fort Myers, FL 33907
239-690-6080
jkuchta@robertfoleylaw.com

*Counsel for Plaintiff Jane Doe 6*

*/s/ Mary L. Dohrmann*
MARY L. DOHRMANN† (DDC No. D00482)
WASHINGTON LITIGATION GROUP
1717 K Street, NW, Suite 1120
Washington, D.C. 20006
202-521-8750
mdohrmann@washingtonlitigationgroup.org

† Admitted only in New York; practicing under the supervision of D.C. bar members

*Counsel for Plaintiffs Jane Does 1-9 and John Does 1-3*