

# Office of the Attorney General
## Washington, D. C. 20530

February 5, 2026

MEMORANDUM FOR THE DIRECTOR, FEDERAL BUREAU OF INVESTIGATION

FROM:   THE ATTORNEY GENERAL

SUBJECT:   Removal of Certain Federal Bureau of Investigation Employees

This memorandum memorializes my decision to ratify and affirm your actions removing the following individuals from their positions at the Federal Bureau of Investigation and from federal service:



On September 26, 2025:

