UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JANE DOES 1-4, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>KASHYAP P. PATEL,<br>Director, Federal Bureau of Investigation,<br>*et al.*,<br><br>Defendants. | Civil Action No. 25-4258 (TNM) |

**DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW**
**MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendants Kashyap P. Patel, Director, Federal Bureau of Investigation ("FBI"); the FBI; Todd Blanche, Attorney General of the United States;[1] the United States Department of Justice; the Executive Office of the President; and the United States of America, respectfully move to withdraw their Motion for Leave To File Under Seal (ECF No. 15). Because the Court's July 31, 2026 Memorandum Order (ECF No. 25) clarified that the materials in question may be filed on the public docket, the unredacted Motion to Compel (ECF No. 15-3) need not be filed under seal and should instead be placed on the public docket. A proposed order is attached.

In support of this motion, Defendants state as follows:

1. Plaintiffs are former FBI employees who allege that they were wrongfully terminated by the FBI for their conduct while on patrol during protests in June 2020. They filed their complaint pseudonymously, along with a Sealed Motion to Proceed Under Pseudonym. ECF

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), the Attorney General is "automatically substituted as a party" for his predecessor.

No. 2. The Chief Judge granted Plaintiffs' motion "subject to any further consideration" by the judge to whom the case is assigned. ECF No. 5 at 5.

2. Once the case was assigned, Defendants filed a motion (ECF No. 15-3) seeking to compel Plaintiffs to file a complaint naming all the parties in this suit as required by Federal Rule of Civil Procedure 10(a). That motion also sought to clarify that Defendants may file unredacted photographs of the events at issue on the public docket. Because the motion itself contained the photographs in question and URLs pointing to contemporaneous news accounts containing the photographs and to a document containing the names of two of the Plaintiffs, Defendants filed their motion to compel under cover of a sealed motion for leave to file under seal (ECF No. 15). Defendants observed that while "[a] number of *Hubbard* factors . . . weigh against the sealing" of the motion to compel, "temporarily placing the unredacted Motion under seal is appropriate until such time as the Court can address the question itself." ECF No. 15 at 3 (citing *United States v. Hubbard*, 650 F.2d 293, 317–22 (D.C. Cir. 1980)).

3. This Court granted in part Defendants' motion to compel, ruling that "[b]ecause . . . two Plaintiffs have been publicly identified, the Court grants the Government's motion to compel as to those Plaintiffs." ECF No. 25 at 1. The Court further clarified that the portion of its ruling denying the motion to compel in part as to the other Plaintiffs "does not . . . prevent the Government from filing already public photos on the docket." *Id.*

4. Defendants respectfully submit that in light of the Court's ruling, the *Hubbard* factors tip decisively in favor of public access to the unredacted motion to compel (ECF No. 15-3). The Court's opinion settles the question of whether the previously redacted material—namely, the photographs and links to contemporaneous news reporting—may be filed on the public docket, and so the rationale for temporarily sealing the material no longer holds. For this reason,

Defendants respectfully move to withdraw their motion for leave to file the motion to compel under seal, and request that the unredacted motion to compel (ECF No. 15-3) be placed on the public docket.

5. Undersigned counsel for Defendants conferred with Plaintiffs' counsel via electronic mail, and Plaintiffs' counsel confirmed that they do not oppose this motion or the relief requested.

Dated: September 9, 2026

Respectfully submitted,

STANLEY E. WOODWARD, JR.
Associate Attorney General

MICHAEL WEISBUCH, Senior Counsel
ANNA EDWARDS, Counsel
Office of the Associate Attorney General

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Andrew J. Vaden</u>*

ANDREW J. VADEN
Assistant United States Attorney
DC Bar No. 1044860
601 D Street, NW
Washington, DC 20530
(202) 252-2437

*Attorneys for the United States of America*